# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4162 | **DATE** | 12/17/2009 |
| **CASE TITLE** | Antoine Keys vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

For the reasons stated in open court, defendants' motion for protective order is denied insofar as it concerns complaint registers. In other respects, the motion for protective order is granted. Plaintiff's response to defendants motion to bifurcate to be filed by 12/24/2009. The Court will rule orally on 1/14/2010 at 9:00 a.m. The City of Chicago, Independent Police Review Authority, is hereby ordered to produce to plaintiff's counsel, any and all files, documents and records contained in, or otherwise constituting the following IPRA and/or OPS Complaint Register (CR) Log Numbers: CR/Log No. 1018218 and CR/Log No. 309112

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | | Courtroom Deputy Initials: | WAP |
|---|---|---|---|