**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Antoine Keys
                          Plaintiff,

v.                                               Case No.: 1:09−cv−04162
                                                            Honorable Harry D. Leinenweber

City Of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 14, 2010:

      MINUTE entry before Honorable Harry D. Leinenweber:Defendants Motion to bifurcate [57] is denied. Trial set for 5/3/2010 at 10:00 a.m. Pretrial Order to be filed by 4/26/2010. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.